**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Gerald J. Tietze Jr.  
       Phyllis C. Tietze fka Phyllis Palmer

CHAPTER 13

BKY. NO. 17-20058 GLT

Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich  
Maria Miksich  
02 Nov 2020, 15:17:23, EST

Brian C. Nicholas, Esq. (317240) ☐  
Maria D. Miksich, Esq. (319383) ☑  
Rebecca A. Solarz, Esq. (315936) ☐  
KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
412-430-3594  
bkgroup@kmllawgroup.com