IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Gerald J. Tietze, Jr. and Phyllis C. Tietze, | : | Bankruptcy No. 17-20058-GLT |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Gerald J. Tietze, Jr. and Phyllis C. Tietze, | : | |
| v. | : | |
| No Respondents. | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 24, 2022, at docket numbers 109-110, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel, who duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Date: February 24, 2022        By:    /s/Amy L. Zema
                               Amy L. Zema, Esquire
                               PA ID 74701
                               2366 Golden Mile Hwy., #155
                               Pittsburgh, PA 15239
                               (412) 744-4450
                               amy@zemalawoffice.com

**PAWB Local Form 24 (07/13)**