Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Gerald J. Tietze Jr.** | : | Case No. 17−20058−GLT |
| **Phyllis C. Tietze** | : | Chapter: 13 |
| **fka Phyllis Palmer** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 106 |
| | : | |
| v. | : | Hearing Date: 5/4/22 at 11:00 AM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 24th of February, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 106 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before April 9, 2022*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *May 4, 2022 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 17-20058-GLT |
|---|---|
| Gerald J. Tietze, Jr. | Chapter 13 |
| Phyllis C. Tietze | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: 604 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald J. Tietze, Jr., Phyllis C. Tietze, 332 Huntingdon Avenue, Irwin, PA 15642-3142 |
| cr | + | Freedom Mortgage Corporation, c/o McCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14346113 | + | CBE Group, Inc., 131 Tower Park Dr., PO Box 900, Waterloo, IA 50704-0900 |
| 14346114 | + | Cenlar, 425 Phillips Blvd., Trenton, NJ 08618-1430 |
| 14346120 | | Equiant Financial Service, 5401 N. Pima Rd., Ste. 150, Lander, WY 82520 |
| 15426293 | + | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14894614 | | Freedom Mortgage Corporation, PO Box 50428, Indianapolis, IN 46250-0401 |
| 14346126 | + | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 15426292 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14423310 | + | PINGORA LOAN SERVICING, LLC, C/O CENLAR FSB, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 14346130 | + | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2022 23:36:55 | Capital One Auto Finance, a division of Capital On, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016, UNITED STATES 75016-5028 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 24 2022 23:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14348811 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2022 23:37:04 | AIS Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14416828 | + | Email/Text: g20956@att.com | Feb 24 2022 23:36:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14348772 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 24 2022 23:35:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14346108 | + | Email/PDF: bncnotices@becket-lee.com | Feb 24 2022 23:37:04 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14379992 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2022 23:37:01 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14401691 | | Email/PDF: ebn_ais@aisinfo.com | Feb 24 2022 23:36:57 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14346109 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 24 2022 23:35:00 | Barclays Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14409450 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2022 23:36:57 | Bureaus Investment Group Portfolio No 15 LLC, |

| | | | | |
|---|---|---|---|---|
| | | | | c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14346110 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 24 2022 23:37:16 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14346111 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 23:37:13 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14346112 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 23:36:55 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14346116 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2022 23:35:00 | Comenity Bank/Lane Bryant, PO Box 182273, Columbus, OH 43218-2273 |
| 14346117 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 24 2022 23:36:00 | Credit Management Co., 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 14346118 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 24 2022 23:36:56 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14346119 | | Email/Text: mrdiscen@discover.com | Feb 24 2022 23:35:00 | Discover Financial Service, PO Box 15316, Wilmington, DE 19850 |
| 14348328 | | Email/Text: mrdiscen@discover.com | Feb 24 2022 23:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14346121 | | Email/Text: BNSFN@capitalsvcs.com | Feb 24 2022 23:35:00 | First National Credit, 500 E. 60th St. N, Sioux Falls, SD 57104 |
| 14346122 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 24 2022 23:35:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14346115 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2022 23:36:53 | Chase/Bank One Card Serv., PO Box 15298, Wilmington, DE 19850 |
| 14346123 | + | Email/Text: BKRMailOPS@weltman.com | Feb 24 2022 23:35:00 | Jared Jewelers, 375 Ghent Road, Akron, OH 44333-4601 |
| 14346125 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 23:36:58 | LVNV Funding, c/o Resurgent Capital Services, PO Box 10497 MS 576, Greenville, SC 29603-0497 |
| 14365949 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 23:37:06 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14400313 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 23:36:58 | LVNV Funding, LLC its successors and assigns as, assignee of LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745441 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 23:37:07 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14346124 | + | Email/Text: bk@lendingclub.com | Feb 24 2022 23:36:00 | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14346126 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 24 2022 23:35:00 | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14346127 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2022 23:35:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14402684 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2022 23:35:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14421022 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 23:37:15 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14357192 | | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2022 23:36:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14378194 | | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2022 23:36:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: 604 | Total Noticed: 49 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14357194 | | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2022 23:36:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14346128 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2022 23:36:57 | SYNCB/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 14394105 | + | Email/Text: bncmail@w-legal.com | Feb 24 2022 23:36:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14346131 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:36:59 | THD/CBNA, Home Depot, PO box 6497, Sioux Falls, SD 57117-6497 |
| 14346129 | + | Email/Text: collectionsdpt@taleriscu.org | Feb 24 2022 23:35:00 | Taleris Credit Union, Inc., 1250 East Granger Rd., Cleveland, OH 44131-1234 |
| 14346132 | + | Email/PDF: tbiedi@PRAGroup.com | Feb 24 2022 23:36:54 | The Bureaus, Inc., 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Capital One Auto Finance |
| cr | | Freedom Mortgage Corporation |
| cr | | Pingora Loan Servicing, LLC |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 14351041 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2022          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Gerald J. Tietze Jr. amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Joint Debtor Phyllis C. Tietze amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Jeremy J. Kobeski | on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com, mcupec@grenenbirsic.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Feb 24, 2022 | Form ID: 604 | Total Noticed: 49

Jerome B. Blank
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Jerome B. Blank
    on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com

Laurence A. Mester
    on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com  jschwartz@mesterschwartz.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor Freedom Mortgage Corporation robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com


TOTAL: 13