IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>GERALD J. TIETZE, JR.<br>PHYLLIS C. TIETZE<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:17-20058<br><br>Chapter 13<br><br>Document No.: |

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

February 23, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/06/2017 and confirmed on 2/17/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 154,579.90 |
| Less Refunds to Debtor | 1,964.39 | |
| TOTAL AMOUNT OF PLAN FUND | | 152,615.51 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,250.00 | |
|   Trustee Fee | 7,242.83 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,492.83 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 53,295.80 | 0.00 | 53,295.80 |
|     Acct: 0183 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 11.19 | 11.19 | 0.00 | 11.19 |
|     Acct: 0183 | | | | |
|   EQUIANT FINANCIAL SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0370 | | | | |
|   QUANTUM3 GROUP LLC AGNT - SADINO I | 864.82 | 864.82 | 0.00 | 864.82 |
|     Acct: 1748 | | | | |
|   CAPITAL ONE AUTO FINANCE** | 12,950.00 | 12,950.00 | 1,937.68 | 14,887.68 |
|     Acct: 9214 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 20,572.02 | 20,572.02 | 2,183.33 | 22,755.35 |
|     Acct: 0380 | | | | |
| | | | | 91,814.84 |
| **Priority** | | | | |
|   AMY L ZEMA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GERALD J. TIETZE, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GERALD J. TIETZE, JR. | 1,964.39 | 1,964.39 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMY L ZEMA ESQ | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXX8GLT | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS BANK FSB | 538.35 | 538.35 | 0.00 | 538.35 |
|     Acct: 1002 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 834.76 | 834.76 | 0.00 | 834.76 |
|     Acct: 3880 | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1520 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 335.49 | 335.49 | 0.00 | 335.49 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 9418 | | | | |
| AT & T MOBILITY II LLC | 1,320.31 | 1,320.31 | 0.00 | 1,320.31 |
| Acct: 3865 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2406 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 492.99 | 492.99 | 0.00 | 492.99 |
| Acct: 1822 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0997 | | | | |
| DISCOVER BANK(*) | 5,671.24 | 5,671.24 | 0.00 | 5,671.24 |
| Acct: 6294 | | | | |
| FNCC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3995 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 19,179.36 | 19,179.36 | 0.00 | 19,179.36 |
| Acct: 1972 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,135.68 | 1,135.68 | 0.00 | 1,135.68 |
| Acct: 8993 | | | | |
| MARINER FINANCE LLC | 4,623.38 | 4,623.38 | 0.00 | 4,623.38 |
| Acct: 3358 | | | | |
| PNC BANK NA | 2,255.39 | 2,255.39 | 0.00 | 2,255.39 |
| Acct: 2400 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6513 | | | | |
| TALERIS CREDIT UNION | 4,685.10 | 4,685.10 | 0.00 | 4,685.10 |
| Acct: 4489 | | | | |
| TD BANK USA NA** | 439.03 | 439.03 | 0.00 | 439.03 |
| Acct: 6386 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 248.89 | 248.89 | 0.00 | 248.89 |
| Acct: 0836 | | | | |
| BUREAUS INVESTMENT GROUP PORTFO | 2,864.62 | 2,864.62 | 0.00 | 2,864.62 |
| Acct: 1613 | | | | |
| QUANTUM3 GROUP LLC AGNT-CREDIT C | 889.26 | 889.26 | 0.00 | 889.26 |
| Acct: 9480 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 100.52 | 100.52 | 0.00 | 100.52 |
| Acct: 0001 | | | | |
| CAPITAL ONE AUTO FINANCE** | 4,383.47 | 4,383.47 | 0.00 | 4,383.47 |
| Acct: 9214 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICREDIT FINANCIAL SVCS DBA GM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 49,997.84 |

TOTAL PAID TO CREDITORS                                                                          142,122.68

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 310.00 |
| SECURED | 34,398.03 |
| UNSECURED | 49,997.84 |

Date: 02/23/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    GERALD J. TIETZE, JR.
    PHYLLIS C. TIETZE
          Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:17-20058

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-20058-GLT
Gerald J. Tietze, Jr.  Chapter 13
Phyllis C. Tietze
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Feb 24, 2022     Form ID: pdf900     Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald J. Tietze, Jr., Phyllis C. Tietze, 332 Huntingdon Avenue, Irwin, PA 15642-3142 |
| cr | + | Freedom Mortgage Corporation, c/o McCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14346113 | + | CBE Group, Inc., 131 Tower Park Dr., PO Box 900, Waterloo, IA 50704-0900 |
| 14346114 | + | Cenlar, 425 Phillips Blvd., Trenton, NJ 08618-1430 |
| 14346120 | | Equiant Financial Service, 5401 N. Pima Rd., Ste. 150, Lander, WY 82520 |
| 15426293 | + | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14894614 | | Freedom Mortgage Corporation, PO Box 50428, Indianapolis, IN 46250-0401 |
| 14346126 | + | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 15426292 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14423310 | + | PINGORA LOAN SERVICING, LLC, C/O CENLAR FSB, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 14346130 | + | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2022 23:37:14 | Capital One Auto Finance, a division of Capital On, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016, UNITED STATES 75016-5028 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 24 2022 23:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14348811 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2022 23:36:56 | AIS Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14416828 | + | Email/Text: g20956@att.com | Feb 24 2022 23:36:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14348772 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 24 2022 23:35:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14346108 | + | Email/PDF: bncnotices@becket-lee.com | Feb 24 2022 23:36:56 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14379992 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2022 23:36:52 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14401691 | | Email/PDF: ebn_ais@aisinfo.com | Feb 24 2022 23:36:57 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14346109 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 24 2022 23:35:00 | Barclays Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14409450 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2022 23:36:57 | Bureaus Investment Group Portfolio No 15 LLC, |

Case 17-20058-GLT   Doc 115   Filed 02/26/22   Entered 02/27/22 00:28:15   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: pdf900 | Total Noticed: 49 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14346110 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 24 2022 23:37:16 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14346111 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 23:36:56 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14346112 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 23:37:13 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14346116 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2022 23:35:00 | Comenity Bank/Lane Bryant, PO Box 182273, Columbus, OH 43218-2273 |
| 14346117 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 24 2022 23:36:00 | Credit Management Co., 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 14346118 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 24 2022 23:37:05 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14346119 | | Email/Text: mrdiscen@discover.com | Feb 24 2022 23:35:00 | Discover Financial Service, PO Box 15316, Wilmington, DE 19850 |
| 14348328 | | Email/Text: mrdiscen@discover.com | Feb 24 2022 23:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14346121 | | Email/Text: BNSFN@capitalsvcs.com | Feb 24 2022 23:35:00 | First National Credit, 500 E. 60th St. N, Sioux Falls, SD 57104 |
| 14346122 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 24 2022 23:35:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14346115 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2022 23:37:11 | Chase/Bank One Card Serv., PO Box 15298, Wilmington, DE 19850 |
| 14346123 | + | Email/Text: BKRMailOPS@weltman.com | Feb 24 2022 23:35:00 | Jared Jewelers, 375 Ghent Road, Akron, OH 44333-4601 |
| 14346125 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 23:37:06 | LVNV Funding, c/o Resurgent Capital Services, PO Box 10497 MS 576, Greenville, SC 29603-0497 |
| 14365949 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 23:48:58 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14400313 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 23:36:58 | LVNV Funding, LLC its successors and assigns as, assignee of LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745441 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 23:37:18 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14346124 | + | Email/Text: bk@lendingclub.com | Feb 24 2022 23:36:00 | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14346126 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 24 2022 23:35:00 | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14346127 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2022 23:35:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14402684 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2022 23:35:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14421022 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 23:36:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14357192 | | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2022 23:36:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14378194 | | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2022 23:36:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: pdf900 | Total Noticed: 49 |

| Recip ID | | Notice type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14357194 | | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2022 23:36:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14346128 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2022 23:37:13 | SYNCB/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 14394105 | + | Email/Text: bncmail@w-legal.com | Feb 24 2022 23:36:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14346131 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:37:18 | THD/CBNA, Home Depot, PO box 6497, Sioux Falls, SD 57117-6497 |
| 14346129 | + | Email/Text: collectionsdpt@taleriscu.org | Feb 24 2022 23:35:00 | Taleris Credit Union, Inc., 1250 East Granger Rd., Cleveland, OH 44131-1234 |
| 14346132 | + | Email/PDF: tbiedi@PRAGroup.com | Feb 24 2022 23:37:14 | The Bureaus, Inc., 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Capital One Auto Finance |
| cr | | Freedom Mortgage Corporation |
| cr | | Pingora Loan Servicing, LLC |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 14351041 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Gerald J. Tietze Jr. amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Joint Debtor Phyllis C. Tietze amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Jeremy J. Kobeski | on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com, mcupec@grenenbirsic.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Feb 24, 2022 | Form ID: pdf900 | Total Noticed: 49 |

Jerome B. Blank
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Jerome B. Blank
    on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com

Laurence A. Mester
    on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com  jschwartz@mesterschwartz.com

Maria Miksich
    on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor Freedom Mortgage Corporation robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com

TOTAL: 14