| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Gerald J. Tietze Jr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–7432<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Phyllis C. Tietze<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–7245<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–20058–GLT | |

# Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gerald J. Tietze Jr.                                        Phyllis C. Tietze
                                                            fka Phyllis Palmer

<u>4/12/22</u>                                                **By the court:** <u>Gregory L. Taddonio</u>
                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20058-GLT |
| Gerald J. Tietze, Jr. | Chapter 13 |
| Phyllis C. Tietze | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 12, 2022 | Form ID: 3180W | Total Noticed: 51 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald J. Tietze, Jr., Phyllis C. Tietze, 332 Huntingdon Avenue, Irwin, PA 15642-3142 |
| cr | + | Freedom Mortgage Corporation, c/o McCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14346113 | + | CBE Group, Inc., 131 Tower Park Dr., PO Box 900, Waterloo, IA 50704-0900 |
| 14346114 | ++ | CENLAR FSB, 425 PHILLIPS BLVD, EWING NJ 08618-1430 address filed with court:, Cenlar, 425 Phillips Blvd., Trenton, NJ 08618 |
| 14346120 | | Equiant Financial Service, 5401 N. Pima Rd., Ste. 150, Lander, WY 82520 |
| 15426293 | + | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14894614 | | Freedom Mortgage Corporation, PO Box 50428, Indianapolis, IN 46250-0401 |
| 15426292 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14423310 | + | PINGORA LOAN SERVICING, LLC, C/O CENLAR FSB, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 13 2022 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 12 2022 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 13 2022 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 12 2022 23:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Apr 13 2022 03:33:00 | Capital One Auto Finance, a division of Capital On, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016, UNITED STATES 75016-5028 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 12 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14348811 | + | EDI: AISACG.COM | Apr 13 2022 03:33:00 | AIS Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14416828 | + | EDI: CINGMIDLAND.COM | Apr 13 2022 03:33:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14348772 | + | EDI: PHINAMERI.COM | | |

Case 17-20058-GLT    Doc 118    Filed 04/14/22    Entered 04/15/22 00:27:04    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 12, 2022 | Form ID: 3180W | Total Noticed: 51 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 13 2022 03:33:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14346108 | + | Email/PDF: bncnotices@becket-lee.com | Apr 12 2022 23:46:10 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14379992 | | Email/PDF: bncnotices@becket-lee.com | Apr 12 2022 23:45:52 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14401691 | | EDI: AIS.COM | Apr 13 2022 03:33:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14346109 | + | EDI: TSYS2 | Apr 13 2022 03:33:00 | Barclays Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14409450 | + | EDI: RECOVERYCORP.COM | Apr 13 2022 03:33:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14346114 | | Email/Text: BKelectronicnotices@cenlar.com | Apr 12 2022 23:38:00 | Cenlar, 425 Phillips Blvd., Trenton, NJ 08618 |
| 14346110 | + | EDI: CAPONEAUTO.COM | Apr 13 2022 03:33:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14346111 | + | EDI: CAPITALONE.COM | Apr 13 2022 03:33:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14346112 | + | EDI: CAPITALONE.COM | Apr 13 2022 03:33:00 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14346116 | + | EDI: WFNNB.COM | Apr 13 2022 03:33:00 | Comenity Bank/Lane Bryant, PO Box 182273, Columbus, OH 43218-2273 |
| 14346117 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 12 2022 23:38:00 | Credit Management Co., 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 14346118 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 12 2022 23:46:01 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14346119 | | EDI: DISCOVER.COM | Apr 13 2022 03:33:00 | Discover Financial Service, PO Box 15316, Wilmington, DE 19850 |
| 14348328 | | EDI: DISCOVER.COM | Apr 13 2022 03:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14346121 | | Email/Text: BNSFN@capitalsvcs.com | Apr 12 2022 23:38:00 | First National Credit, 500 E. 60th St. N, Sioux Falls, SD 57104 |
| 15426293 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 12 2022 23:38:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14894614 | | Email/Text: Bankruptcy@Freedommortgage.com | Apr 12 2022 23:38:00 | Freedom Mortgage Corporation, PO Box 50428, Indianapolis, IN 46250-0401 |
| 14346122 | + | EDI: PHINAMERI.COM | Apr 13 2022 03:33:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14346115 | | EDI: JPMORGANCHASE | Apr 13 2022 03:33:00 | Chase/Bank One Card Serv., PO Box 15298, Wilmington, DE 19850 |
| 14346123 | + | Email/Text: BKRMailOPS@weltman.com | Apr 12 2022 23:38:00 | Jared Jewelers, 375 Ghent Road, Akron, OH 44333-4601 |
| 14346125 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2022 23:46:04 | LVNV Funding, c/o Resurgent Capital Services, PO Box 10497 MS 576, Greenville, SC 29603-0497 |
| 14365949 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2022 23:45:56 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14400313 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2022 23:46:12 | LVNV Funding, LLC its successors and assigns as, assignee of LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14745441 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2022 23:45:56 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14346124 | + | Email/Text: bk@lendingclub.com | Apr 12 2022 23:38:00 | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14346126 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 12 2022 23:38:00 | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14423310 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 12 2022 23:38:00 | PINGORA LOAN SERVICING, LLC, C/O CENLAR FSB, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 14346127 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2022 23:38:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14402684 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2022 23:38:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14421022 | | EDI: PRA.COM | Apr 13 2022 03:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14357192 | | EDI: Q3G.COM | Apr 13 2022 03:33:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14378194 | | EDI: Q3G.COM | Apr 13 2022 03:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14357194 | | EDI: Q3G.COM | Apr 13 2022 03:33:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14346128 | + | EDI: RMSC.COM | Apr 13 2022 03:33:00 | SYNCB/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 14394105 | + | Email/Text: bncmail@w-legal.com | Apr 12 2022 23:38:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14346130 | + | EDI: WTRRNBANK.COM | Apr 13 2022 03:33:00 | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14346131 | + | EDI: CITICORP.COM | Apr 13 2022 03:33:00 | THD/CBNA, Home Depot, PO box 6497, Sioux Falls, SD 57117-6497 |
| 14346129 | + | Email/Text: collectionsdpt@taleriscu.org | Apr 12 2022 23:38:00 | Taleris Credit Union, Inc., 1250 East Granger Rd., Cleveland, OH 44131-1234 |
| 14346132 | + | EDI: PRATHEBUR | Apr 13 2022 03:33:00 | The Bureaus, Inc., 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Capital One Auto Finance |
| cr | | Freedom Mortgage Corporation |
| cr | | Pingora Loan Servicing, LLC |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 14351041 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 12, 2022 | Form ID: 3180W | Total Noticed: 51 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:

**Name**          **Email Address**

Amy L. Zema
    on behalf of Debtor Gerald J. Tietze Jr. amy@zemalawoffice.com

Amy L. Zema
    on behalf of Joint Debtor Phyllis C. Tietze amy@zemalawoffice.com

Brian Nicholas
    on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Jeremy J. Kobeski
    on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com, mcupec@grenenbirsic.com

Jerome B. Blank
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Jerome B. Blank
    on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com

Laurence A. Mester
    on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com jschwartz@mesterschwartz.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor Freedom Mortgage Corporation robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com

TOTAL: 13