IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    GERALD J. TIETZE, JR.
    PHYLLIS C. TIETZE
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:17-20058

Chapter 13

Related to Dkt No. 106

FILED
4/12/22 1:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this 12th day of April 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

GREGORY L. TADDONIO    jah
UNITED STATES BAMKRIUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20058-GLT |
| Gerald J. Tietze, Jr. | Chapter 13 |
| Phyllis C. Tietze | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 12, 2022 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald J. Tietze, Jr., Phyllis C. Tietze, 332 Huntingdon Avenue, Irwin, PA 15642-3142 |
| cr | + | Freedom Mortgage Corporation, c/o McCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14346113 | + | CBE Group, Inc., 131 Tower Park Dr., PO Box 900, Waterloo, IA 50704-0900 |
| 14346114 | ++ | CENLAR FSB, 425 PHILLIPS BLVD, EWING NJ 08618-1430 address filed with court:, Cenlar, 425 Phillips Blvd., Trenton, NJ 08618 |
| 14346120 | | Equiant Financial Service, 5401 N. Pima Rd., Ste. 150, Lander, WY 82520 |
| 15426293 | + | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14894614 | | Freedom Mortgage Corporation, PO Box 50428, Indianapolis, IN 46250-0401 |
| 15426292 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14423310 | + | PINGORA LOAN SERVICING, LLC, C/O CENLAR FSB, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 14346130 | + | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 12 2022 23:46:10 | Capital One Auto Finance, a division of Capital On, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016, UNITED STATES 75016-5028 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 12 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14348811 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 12 2022 23:46:02 | AIS Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14416828 | + | Email/Text: g20956@att.com | Apr 12 2022 23:39:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14348772 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 12 2022 23:38:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14346108 | + | Email/PDF: bncnotices@becket-lee.com | Apr 12 2022 23:46:10 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14379992 | | Email/PDF: bncnotices@becket-lee.com | Apr 12 2022 23:45:58 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14401691 | | Email/PDF: ebn_ais@aisinfo.com | Apr 12 2022 23:46:11 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14346109 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 12 2022 23:38:00 | Barclays Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14409450 | + | Email/PDF: rmscedi@recoverycorp.com | | |

Case 17-20058-GLT   Doc 119   Filed 04/14/22   Entered 04/15/22 00:27:04   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 12, 2022 | Form ID: pdf900 | Total Noticed: 49 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Apr 12 2022 23:46:03 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14346114 | | Email/Text: BKelectronicnotices@cenlar.com | Apr 12 2022 23:38:00 | Cenlar, 425 Phillips Blvd., Trenton, NJ 08618 |
| 14346110 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 12 2022 23:46:11 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14346111 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2022 23:45:54 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14346112 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2022 23:46:09 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14346116 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2022 23:38:00 | Comenity Bank/Lane Bryant, PO Box 182273, Columbus, OH 43218-2273 |
| 14346117 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 12 2022 23:38:00 | Credit Management Co., 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 14346118 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 12 2022 23:45:55 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14346119 | | Email/Text: mrdiscen@discover.com | Apr 12 2022 23:38:00 | Discover Financial Service, PO Box 15316, Wilmington, DE 19850 |
| 14348328 | | Email/Text: mrdiscen@discover.com | Apr 12 2022 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14346121 | | Email/Text: BNSFN@capitalsvcs.com | Apr 12 2022 23:38:00 | First National Credit, 500 E. 60th St. N, Sioux Falls, SD 57104 |
| 15426293 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 12 2022 23:38:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14894614 | | Email/Text: Bankruptcy@Freedommortgage.com | Apr 12 2022 23:38:00 | Freedom Mortgage Corporation, PO Box 50428, Indianapolis, IN 46250-0401 |
| 14346122 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 12 2022 23:38:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14346115 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 12 2022 23:46:08 | Chase/Bank One Card Serv., PO Box 15298, Wilmington, DE 19850 |
| 14346123 | + | Email/Text: BKRMailOPS@weltman.com | Apr 12 2022 23:38:00 | Jared Jewelers, 375 Ghent Road, Akron, OH 44333-4601 |
| 14346125 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2022 23:46:04 | LVNV Funding, c/o Resurgent Capital Services, PO Box 10497 MS 576, Greenville, SC 29603-0497 |
| 14365949 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2022 23:45:57 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14400313 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2022 23:46:05 | LVNV Funding, LLC its successors and assigns as, assignee of LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745441 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2022 23:46:04 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14346124 | + | Email/Text: bk@lendingclub.com | Apr 12 2022 23:38:00 | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14346126 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 12 2022 23:38:00 | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14423310 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 12 2022 23:38:00 | PINGORA LOAN SERVICING, LLC, C/O CENLAR FSB, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 14346127 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2022 23:38:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |

Case 17-20058-GLT  Doc 119  Filed 04/14/22  Entered 04/15/22 00:27:04  Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 12, 2022 | Form ID: pdf900 | Total Noticed: 49 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14402684 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2022 23:38:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14421022 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 12 2022 23:46:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14357192 | | Email/Text: bnc-quantum@quantum3group.com | Apr 12 2022 23:38:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14378194 | | Email/Text: bnc-quantum@quantum3group.com | Apr 12 2022 23:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14357194 | | Email/Text: bnc-quantum@quantum3group.com | Apr 12 2022 23:38:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14346128 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 12 2022 23:45:53 | SYNCB/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 14394105 | + | Email/Text: bncmail@w-legal.com | Apr 12 2022 23:38:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14346130 | + | Email/Text: bncmail@w-legal.com | Apr 12 2022 23:38:00 | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14346131 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2022 23:46:04 | THD/CBNA, Home Depot, PO box 6497, Sioux Falls, SD 57117-6497 |
| 14346129 | + | Email/Text: collectionsdpt@taleriscu.org | Apr 12 2022 23:38:00 | Taleris Credit Union, Inc., 1250 East Granger Rd., Cleveland, OH 44131-1234 |
| 14346132 | + | Email/PDF: tbiedi@PRAGroup.com | Apr 12 2022 23:46:09 | The Bureaus, Inc., 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |

TOTAL: 44

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Capital One Auto Finance |
| cr | | Freedom Mortgage Corporation |
| cr | | Pingora Loan Servicing, LLC |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 14351041 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 14, 2022     Signature:     /s/Gustava Winters

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Apr 12, 2022 | Form ID: pdf900 | Total Noticed: 49

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Gerald J. Tietze Jr. amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Joint Debtor Phyllis C. Tietze amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Jeremy J. Kobeski | on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com, mcupec@grenenbirsic.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com |
| Laurence A. Mester | on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com jschwartz@mesterschwartz.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | on behalf of Creditor Freedom Mortgage Corporation robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com |

TOTAL: 13